### 47476.   FREE FOR ALL MISSIONARY BAPTIST CHURCH v. HIGHTOWER.

STOLZ, Judge. The questions raised by this appeal require a consideration of the evidence. Since no transcript of the evidence is contained in the record, the judgment of the trial court must be affirmed. *Seaboard Finance Co. v. Short,* 121 Ga. App. 195 (173 SE2d 224) and cit.

*Judgment affirmed. Bell, C. J., and Evans, J., concur.*

SUBMITTED SEPTEMBER 6, 1972—DECIDED SEPTEMBER 20, 1972.

*W. M. Mathews, Jr.,* for appellant.
*Leon L. Rice, III,* for appellee.